IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dase, Andre T | Case Number: 06 B 14778 |
| | Judge: Squires, John H |
| Printed: 01/13/09 | Filed: 11/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: January 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,260.00 | |
| Secured: | | 1,558.02 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,532.00 |
| Trustee Fee: | | 169.98 |
| Other Funds: | | 0.00 |
| Totals: | 3,260.00 | 3,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,532.00 | 1,532.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 2,942.06 | 278.46 |
| 5. | HSBC Mortgage Services | Secured | 13,518.77 | 1,279.56 |
| 6. | LHR Inc | Unsecured | 2,229.45 | 0.00 |
| 7. | Vativ Recovery Solutions LLC | Unsecured | 106.99 | 0.00 |
| 8. | Illinois State Tollway | Unsecured | 101.06 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 240.11 | 0.00 |
| 10. | America's Recovery Network | Unsecured | | No Claim Filed |
| 11. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| 12. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 13. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 14. | Founders Trust National Bank | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 17. | M Gerald & Associates | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 20,670.44 | $ 3,090.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dase, Andre T | Case Number: 06 B 14778 |
|---|---|
| | Judge: Squires, John H |
| Printed: 01/13/09 | Filed: 11/10/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 48.48 |
| 5.4% | 121.50 |
| | $ 169.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

